[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13517

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CHRISTOPHER G. SUMMERS,
a.k.a. Christopher Summers,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:97-cr-00092-MCR-CJK-1

_____

Before NEWSOM, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

The government's motion to dismiss this appeal as untimely is GRANTED, and this appeal is DISMISSED. Christoper Summers's notice of appeal, deemed filed, under the prison mailbox rule, on October 23, 2024, is untimely to challenge the district court's May 11, 2023 judgment revoking his supervised release. *See* Fed. R. App. P. 4(c)(1) (providing that a notice of appeal for a prisoner who uses the prison's mail system is timely if it is deposited in that system on or before the last day for filing); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); Fed. R. App. P. 4(b)(1)(A) (providing that a criminal defendant's notice of appeal must be filed within 14 days after entry of the appealed judgment or order); *United States v. Lopez*, 562 F.3d 1309, 1312-13 (11th Cir. 2009) (holding that the time limit in Rule 4(b)(1)(A) is a non-jurisdictional claims-processing rule that we must enforce if raised by the government).

All other pending motions are DENIED as moot.